# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LANAI URRUTIA,

    Plaintiff,                           Case No. 8:23-cv-00613

v.

ADVANCE AUTO PARTS, INC.,

    Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S INDIVIDUAL CLAIM

The Parties in the above-captioned matter, through their counsel as undersigned below, having stipulated to the entry of this Order (as set forth below), and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that the above-captioned case is **DISMISSED WITH PREJUDICE** against all Parties and without costs or attorneys' fees to any Party. No Class having been certified, this dismissal with prejudice does not extend to the claims of the putative class.

**DONE AND ORDERED** in Tampa, Florida on July __, 2023.

                                                    _____
                                                    SUSAN C. BUCKLEW
                                                    UNITED STATES DISTRICT JUDGE

Stipulated to and Approved for Entry:

/s/ Clay M Carlton
Clay M. Carlton, FL Bar No. 85767
clay.carlton@morganlewis.com
Javier A. Roldan Cora, FL Bar No. 1010311
javier.roldancora@morganlewis.com
Justin Stern, FL Bar No. 1010139
justin.stern@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131
Telephone: (305) 415-3000
Facsimile: (305) 415-3001

*Counsel for Defendant Advance Auto Parts, Inc.*

Dated: July 14, 2023

/s/ Arun G. Ravindran
Arun G. Ravindran
Florida Bar No. 0102808
Hedin Hall, LLP
1395 Brickell Avenue, Suite 1140
Tampa, FL 33606
Telephone: (813) 422-7782
Facsimile: (813) 422-7783
Email: aravindran@hedinhall.com

*Counsel for Plaintiff*

Dated: July 14, 2023

13